UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PODIATRY FOOT & ANKLE INSTITUTE P.A.**, individually and behalf of all others similarly situated,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HARTFORD INSURANCE COMPANY OF THE MIDWEST,**<br><br>    **Defendant.** | Civ. No. 20-20057 (KM) (ESK)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion (DE 8) of Defendant to dismiss the Complaint for failure to state a claim, pursuant to Fed. R. Civ P. 12(b)(6); and the Court having considered the submissions of the parties (DE 8, 19, 20) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

    **IT IS** this 9th day of April 2021,

    **ORDERED** that the motion to dismiss (DE 8) is **GRANTED**.

Because amendment would be futile, the dismissal is entered with prejudice. This order is final as to all claims and parties.

    The clerk shall close the file.

                                                  /s/ Kevin McNulty

                                                  _____

                                                  **Kevin McNulty**
                                                  **United States District Judge**